**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 14-1885**

—————

YAMASSEE INDIAN TRIBE,

              Plaintiff – Appellant,

        v.

ALLENDALE COUNTY GOVERNMENT; MR. WALTER H. SANDERS, JR.;
HARVEY E. ROUSE, Tax Assessor; JOE MOLE, III; MS. THESSA
SMITH; CALVIN BRANTLEY; ELOUISE BRANTLEY,

              Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Terry L. Wooten, Chief District
Judge.  (1:13-cv-01577-TLW)

—————

Submitted:  January 21, 2015        Decided:  January 28, 2015

—————

Before KING, GREGORY, and FLOYD, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Yamassee Indian Tribe, Appellant Pro Se.   Norma Anne Turner
Jett, NESS & JETT, LLC, Bamberg, South Carolina; Angus Macauly
Lawton, Erica Bedenbaugh McElreath, Jared Cyle Williams, LAWTON
LAW OFFICE, LLC, Mount Pleasant, South Carolina, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yamassee Indian Tribe appeals the district court's order accepting the recommendation of the magistrate judge and dismssing its civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. <u>Yamassee Indian Tribe v. Allendale Cnty. Gov't</u>, No. 1:13-cv-01577-TLW (D.S.C. Aug. 15 & 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>